# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN WORLD INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HINES GROWERS, INC., et al.,<br><br>    Defendants. | Case No.: 1:13-cv-1794-LJO-JLT<br><br>ORDER AMENDING THE COURT'S ORDER TRANSFERRING ACTION TO BAKERSFIELD DIVISION AND REINSTATING FIRST AMENDED COMPLAINT<br><br>(Documents 14 & 18) |

On January 14, 2013, this Court issued a transfer order reassigning this action to the Bakersfield Division of the Eastern District of California. (Doc. 18). Erroneously, the caption of the transfer order directed the Clerk of the Court to strike Plaintiff's First Amended Complaint. The Court amends the original transfer order to correct the erroneous caption striking Plaintiff's First Amended Complaint and hereby ORDERS as follows:

    1.    The Order Transferring Action is AMENDED to DELETE from the caption the language striking Plaintiff's First Amended Complaint (Doc. 18);

    2.    The Clerk of the Court is DIRECTED to REINSTATE Plaintiff's First Amended Complaint, which should be reflected as deemed filed on December 19, 2013 (doc. 14); and

3. If necessary, the Bakersfield Court will review Plaintiff's First Amended Complaint in a separate written Order.

IT IS SO ORDERED.

Dated: **January 22, 2014**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2