IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN WORLD INTERNATIONAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HINES GROWERS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.:1:13-cv-01794-LJO-JLT <br><br> **ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** <br><br> **(Doc. 23)** |

The Court having considered the parties' Stipulation To Continue Initial Scheduling Conference, and for good cause shown, hereby GRANTS the Stipulation and hereby ORDERS the following schedule:

1.) The Case Management Conference set for March 18, 2014 at 8:30 a.m., is reset for April 8, 2014 at 8:30 a.m.; and

2.) The deadline for the parties to file a Joint Scheduling Conference Statement shall be extended to April 1, 2014.

IT IS SO ORDERED.

Dated:   **March 10, 2014**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE