# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN WORLD INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HINES GROWERS, INC., a Delaware corporation, and HINES GROWERS, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Civil Action No.<br><br>1:13-cv-01794-LJO-JLT<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

The Court having considered the Stipulated Dismissal of Plaintiff SUN WORLD INTERNATIONAL, LLC and Defendant HINES GROWERS, INC., and for good cause shown, hereby orders that:

　　1.　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and defenses in this action are dismissed;

　　2.　　The parties shall each bear their own costs, expenses, and attorneys' fees; and

　　3.　　The Clerk of Court is directed to close this case.

**SO ORDERED**
**Dated: April 2, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1